EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Odemaris De Jesús Pagán | 2024 TSPR 66<br><br>213 DPR ___ |

Número del Caso:  TS-13,465


Fecha:  18 de junio de 2024


Representante legal de la peticionaria:

      Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía y la notaría condicionado a que acredite la adquisición de una fianza notarial.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Odemaris De Jesús Pagán

TS-13,465

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de junio de 2024.

Examinado el *Escrito informativo y solicitud de consideración de petición* presentada por la Sra. Odemaris De Jesús Pagán, se provee ha lugar. Se le readmite al ejercicio de la abogacía. Además, se le readmite al ejercicio de la notaría, condicionado a que nos acredite la adquisición de una fianza notarial buena y válida.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo